UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHARON CARTER,                                    No. C 08-5095 MHP

        Plaintiff(s),                              **REFERRAL ORDER**

  v.

MICHAEL J. ASTRUE,

        Defendant(s).
                                    /

    This matter is hereby referred to Judge Vaughn R. Walker for the purpose of determining whether it is related to C 05-2486 VRW *Sharon Carter -v- Joane Barnhart*, as defined in Civil Local Rule 3-12(a).

Dated: March 26, 2009

                                                    MARILYN HALL PATEL
                                                    United States District Judge